# 626 DECISIONS IN CASES NOT REPORTED.

Mary E. Smith, Respondent, v. William Duffus, Appellant.—Judgment affirmed, with costs.

Allen S. Smith, Respondent, v. Charles Whitney, Appellant.—Judgment of Jefferson County Court affirmed, with costs. Opinion by Hardin. P. J.

James McDonald v. Egbert A. Smith and others —Appeal dismissed, with ten dollars costs and disbursements. *Held*, the appeal is irregular because no interlocutory judgment has been entered.

Elisha M. Shurtleff, Respondent, v. The Utica and Black River Railroad Company, Appellant.—Declined to hear, but leave granted to appellant to apply to Special Term for relief.

Benjamin T. Wright. Respondent, v. David Weil and another, Appellants.—Judgment affirmed.

John Strowbridge, Appellant, v. Minor J. Jones and Mary Stilwell, Administrators, etc., Respondents.—Order affirmed, with ten dollars costs and disbursements.

Benjamin B. Robeson, Appellant, v. William H. Sage, Respondent.—Judgment affirmed, with costs. Boardman, J., not sitting.

Franklin Pierce, as Administrator, etc., Respondent, v. Mary Sullivan and another, Appellants.—Judgment affirmed, with costs. Follett, J., not sitting.

John Collins, Respondent, v. William P. J. Foote and another, Appellants.—Judgment affirmed. Opinion by Hardin, P. J.

Joseph Esmond and another, Appellants, v. Seabury A. Fuller, Respondent.—Judgment and order reversed and new trial ordered in the County Court of Onondaga county, with costs to abide the event. Opinion by Hardin, P. J.

Charles L. Petrie, Respondent, v. Octavius O. Cottle and another, Appellants.—Order affirmed, with ten dollars costs and disbursements. Hardin, P. J., not voting.

Daniel Ackerman and others, Respondents, v. R. Watson Marcey, Appellant.—Order affirmed, without costs.

Joshua Mather and another, Respondents, v. Hattie E. Van Allen, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Kittie Waterman, Respondent, v. Stanton Waterman, Appellant.—Order affirmed, with ten dollars costs and disbursements. Follett, J., not sitting.

Michael Cassins, Respondent, v. George Stuckey, Appellant.—Judgment affirmed, with costs.

Addison Doane, Appellant, v. Dennis Daily, Jr., and others, Respondents.—Judgment affirmed on the opinion of Martin, J., denying a motion for a new trial.

Joseph S. Lowery and another v. Calcina B. Clinton and others.—Motion for leave to appeal to the Court of Appeals granted on the ground that a question of law is involved which ought to be reviewed by that court.

In the Matter of the New York, West Shore and Buffalo Railway Company to Acquire Title to certain Real Estate of William A. Judson and another.—Follett, J., not sitting.

Homer Anderson, Respondent, v. Joseph Powers, Appellant.—Judgment of County Court of Chenango county reversed, and the judgment of the Justices' Court affirmed, with costs.

The People of the State of New York ex rel. The Board of Supervisors of Chenango County v. The Board of State Assessors.—Motion to dismiss for want of prosecution denied, without costs. Follett, J., not sitting.

Lorin Pullman, Appellant, v. Wealthy Dorn, Respondent.—Judgment of the County Court of Herkimer county affirmed, with costs, on the opinion of the county judge.

Elias Heyman, Appellant, v. The Merchants' National Bank of Syracuse, Respondent.—

Judgment reversed and a new trial ordered, costs to abide the event.

Cornelia J. Hewitt, Appellant, v. The City of Watertown, Respondent.—Judgment reversed, new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

John G. Harbottle and another, Respondent, v. William E. Dun and another. Appellants.—Order affirmed, with ten dollars costs and disbursements.

Harrison Courtney, Respondent, v. Oscar L. Sumner and others, Appellants.—Judgment affirmed, with costs.

Sarah Ann Williams, as Administratrix, etc., Respondent, v. The Syracuse Iron Works, Appellant.—Judgment and order affirmed. Opinion by Hardin, P. J.

William H. Thomas and others, Administrators, etc., Respondents, v. The Utica and Black River Railroad Company, Appellant.—Judgment and order affirmed on the opinion of Vann, J., at circuit term.

Mary Hughes, as Executrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed. Opinion by Hardin, P. J.

Joseph D. Malonee, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order reversed and new trial ordered, with costs to abide the event. Opinion by Merwin, J.

Nathaniel M. White, as Trustee, etc., Respondent, v. Ira Betts, Appellant.—Judgment affirmed, with costs. Opinion by Follett, J.

William Thurston, Respondent, v. Allen Benedict, Appellant.—Judgment affirmed, with costs. Opinion by Follett, J.

Laura Campbell, Respondent, v. The City of Syracuse, Appellant.—Judgment affirmed. Opinion by Hardin, P. J.

The Northwestern Insurance Company, Respondent, v. Francis B. Mooney and others, Appellants.—Judgment affirmed, with costs, on the opinion of the referee.

Francis Morris, Appellant, v. Addison P. Jones and others, Respondents.—Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Follett, J.; Hardin, P. J., not voting.

Michael Mulchy, Respondent, v. Selan Sabine, Appellant.—Judgment affirmed. Opinion by Merwin, J.

John W. Pratt, Respondent, v. Charles Peckham, Appellant.—Judgment reversed and new trial ordered before another referee, costs to abide the event. Opinion by Hardin, P. J.

Orrin W. Sage, Respondent, v. John S. Robinson, Appellant. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Opinion by Merwin, J.

In the Matter of the Petition of Joshua L. Wadly, Respondent, for leave to issue execution against the property of Joseph Davis and others, Appellants.—Order affirmed, with costs. Opinion by Follett, J.

Ebenezer Williams, Appellant, v. George L. Davis as Executor. etc., Respondent.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

Timothy A. Smith and another, Appellants, v. Thomas Brady, Respondent.—Order granting new trial affirmed, with costs. Order striking out answer, etc., affirmed, with ten dollars costs and disbursements. Opinion by Merwin, J.

Adeline Doner, Appellant, v. Ebenezer Williams, Respondent.—Judgment of the Jefferson County Court reversed, and the judgment of the Justices' Court affirmed, with costs. Opinion by Hardin, P. J.